NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RFCYBER CORP.,**
*Appellant*

**v.**

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2024-1612

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01239.

---

**JUDGMENT**

---

RICHARD MATTHEW COWELL, Fabricant LLP, Rye, NY, argued for appellant. Also represented by ALFRED ROSS FABRICANT, PETER LAMBRIANAKOS, VINCENT J. RUBINO, III.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor. Also represented by OMAR FAROOQ AMIN, PETER J. AYERS, NICHOLAS THEODORE MATICH, IV.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, BRYSON, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 3, 2025
Date

Jarrett B. Perlow
Clerk of Court